IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS ROSCOE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO.: 15-2118 |
| WATCO COMPANIES, LLC, et al. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 16th day of December, 2016, upon consideration of Defendants' Motion

for Summary Judgment (Dkt No. 20), including Defendants' Statement of Undisputed Material

Facts, Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Dkt

No. 21), including Plaintiff's Counter-Statement of Undisputed Material Facts and Statement of

Material Disputed Facts, and Defendants' Reply (Dkt No. 25), including Defendants' Response

to Plaintiff's Statement of Material Disputed Facts, it is hereby ORDERED that:

1.  Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part;

2.  Defendant's Motion for Summary Judgment is GRANTED as to Plaintiff's 42 U.S.C. § 1981 claim of race discrimination;

3.  Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's 42 U.S.C. § 1981 claim of retaliation.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II     J.