IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS ROSCOE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 15-cv-2118 |
| | : | |
| WATCO COMPANIES, LLC, et al., | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 31st day of May, 2018, after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated May 1, 2018, and any objections filed thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The matter is hereby reopened solely for purposes of ruling on Defendants' Motion to Enforce Settlement.

3. Defendants' Motion to Enforce Settlement (ECF No. 55) is GRANTED.

4. The parties shall take appropriate steps to effectuate the agreement entered into on December 4, 2017, as set forth in the Memorandum of Understanding executed by the parties on that date.

5. Consistent with this Court's Order dated December 11, 2017 (Order, ECF No. 53), this matter remains dismissed pursuant to Rule 41.1 Order, because the parties reached agreement on December 4, 2017, to resolve this case.

BY THE COURT:

_____
C. DARNELL JONES, II    J.